**Order entered June 4, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01017-CV

### LISA HAWKINS, Appellant

### V.

### MICHAEL JENKINS AND WANDA JENKINS, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01539-D**

## ORDER

Before us is appellees' June 3, 2019 motion for extension of time to file their responsive appellate brief. Appellees' motion is hereby **GRANTED**. Appellees' brief is due to be filed on or before June 19, 2019. Appellant may file a reply brief on or before July 5, 2019.

/s/    DAVID J. SCHENCK
PRESIDING JUSTICE